| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>United States Attorney<br>JAMES R. CONOLLY<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

**FILED**
Jun 14, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

6  Attorneys for Plaintiff
7  United States of America

8          IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br>       v.<br><br>ROBERT CHOATE<br>SARAH ANDERSON<br>FABIAN GOMEZ<br>EPIFANIO RAMIREZ<br>WENDY LABUDA<br>WILLIAM OWEN<br>JOALEEN ROGERS,<br><br>             Defendants. | CASE NO. 2:22-mj-0095 KJN<br><br>SEALING ORDER<br><br><u>UNDER SEAL</u> |

### **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 06/14/22

_Kendall J. Newman_
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER